■ In the Matter of LARRY ROLAND LINNEY, a Disbarred Attorney. [677 NYS2d 759] —Motion to permit notice by publication of the entry of the order striking respondent's name from the roll of attorneys and counselors-at-law denied, as indicated. No opinion. Lerner, P. J.

SECOND DEPARTMENT, JULY, 1998

(July 6, 1998)

■ ABBY VARIETIES, INC., et al., Respondents, v COLONIAL VILLAGE AT HEATHCOTE, INC., et al., Appellants. [675 NYS2d 558] —In an action, *inter alia,* to recover on promissory notes, the defendants appeal from a judgment of the Supreme Court, Westchester County (Carey, J.H.O.), dated September 30, 1997, which, after a nonjury trial, is in favor of the plaintiffs and against them in the principal sum of $29,769.67.

Ordered that the judgment is affirmed, with costs.

The court properly denied the defendants' cross motion, *inter alia,* to dismiss the action as abandoned pursuant to 22 NYCRR 202.48, based on the plaintiffs' failure to submit a judgment for signature within 60 days of the filing of the court's decision. The record supports the Supreme Court's determination that the plaintiffs' counsel demonstrated "good cause" (22 NYCRR 202.48 [b]) for failing to timely submit the judgment for signature within the requisite 60-day period (*see generally, Parisi v McElhatton,* 209 AD2d 495; *Linroc Enters. v 1359 Broadway Assocs.,* 184 AD2d 309). Accordingly, the Supreme Court providently exercised its discretion in permitting the plaintiffs to submit a judgment beyond the requisite 60-day period and in denying the defendants' cross motion to dismiss the action. Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.